UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America

        Plaintiff,

Case No. 10-30339

v.

John Wnuk

        Defendant.

_____/

## NOTICE OF CORRECTION

Docket entry numbers 1 and 2 filed August 12, 2010 have been modified. The explanation for the correction is stated below.

| | |
|---|---|
| | The docket entry was made on the wrong case. |
| | The corresponding document image was missing or incomplete. |
| X | The wrong document images were associated. They were deleted and replaced with correct images. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed. |
| | Other: |

DAVID J. WEAVER, CLERK OF COURT

 s/Jane Johnson
Deputy Clerk

Date: August 18, 2010