UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

**THE UNITED STATES OF AMERICA,**
  *Plaintiff,*

v.

Case No. 2:10-mj-30339-JU-1
Judge: Unassigned

**JOHN PAUL WNUK,**
  *Defendant.*

_____/

**Joseph R. Arnone (P68572)**
**Arnone Law Offices, PLLC**
Attorney for the Defendant
22330 Greater Mack Ave.
Saint Clair Shores, MI 48080
PH: (586) 777-7720 FX: (586) 778-6633
*arnonelaw@hotmail.com*

### STIPULATION FOR ADJOUNMENT OF PRLIMINARY HEARING AND EXTENSION OF TIME IN WHICH TO INDICT

The United States of America and Defendant JOHN WNUK hereby stipulate and agree to the following:

1. On September 7, 2010, defendant JOHN WNUK made his initial appearance on the complaint in this case, which charges him with Possession of Child Pornography. The defendant was released on a $10,000.00 unsecured bond.

2. The parties wish to engage in preindictment plea negotiations. The volume of potentially discoverable materials is massive and will take defense counsel some time to digest and then advise his client.

3. To further the preindictment plea negations, the parties wish to adjourn the preliminary hearing and extend the time in which to indictment for the charge in the complaint must be filed.

4. The defendant agrees that there is good cause to adjourn the preliminary hearing and hereby consent to its adjournment until November 11, 2010.

5. In addition, the parties agree that the time to which an indictment must be filed under the Speedy Trial Act be extended through November 11, 2010, and that the period from the date of this stipulation until November 11, 2010, be excluded in computing the time in which an indictment must be filed. Such excludable delay is the result of plea negotiations, which are miscellaneous "other proceedings concerns the defendant," 18 U.S.C § 3161(h)(1), within the meaning of the Speedy Trial Act. United States v. Dunbar, 357 F .3d 582, 593 (6th Cir. 2004); Untied States v. Bowers, 834 F .2d 607, 609-10 (6th Cir 1987) (per curiam).

Respectfully submitted,

s/Joseph R. Arnone
**Joseph R. Arnone (P68572)**
**Arnone Law Offices, PLLC**
Attorney for the Defendant
22330 Greater Mack Ave.
Saint Clair Shores, MI 48080
PH: (586) 777-7720 FX: (586) 778-6633
*arnonelaw@hotmail.com*

s/with consent of Matthew Roth
**MATTHEW ROTH (P58549)**
**Assistant United States Attorney**
211 West Fort Street, Suite 2001
Detroit, MI 48226
PH: (313) 226-9186 FX: (313) 226-2621
matthew.roth2@usdoj.gov

### PROOF OF SERVICE

The undersigned certifies that a copy of this and Proof of Service were filed with the United States District Court, Eastern District of Michigan via electronic filing on September 10, 2010. I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

/s/   Jill E. Madison
Jill E. Madison
Legal Assistant
**Arnone Law Offices, PLLC**
22330 Greater Mack Ave.
Saint Clair Shores, MI 48080
PH: (586) 777-7720
FX: (586) 778-6633
*arnonelaw@hotmail.com*