UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

-vs-                                                CRIMINAL NO. 10-mj-30339

JOHN WNUK,

                    Defendant.
_____/


**ORDER GRANTING LEAVE TO**
**DISMISS COMPLAINT WITHOUT PREJUDICE**

This matter coming before the Court on the government's motion, with notice

having been provided to the defense, for the reasons stated in the government's motion,

the Court grants the government leave to dismiss the complaint against defendant JOHN

WNUK.  Accordingly, it is hereby ordered that the complaint against that defendant be

dismissed without prejudice, and that defendant's appearance bond, if any, and the order

setting conditions of pretrial release be canceled.



                    s/ Mona K. Majzoub_____
                    United States Magistrate Judge

Entered: November 9, 2010